537 U.S. 986
 CASAREZ-DOMINGUEZ
v.
UNITED STATES;
GOMEZ-FIERRO
v.
UNITED STATES;
JIMENEZ-VARGAS
v.
UNITED STATES; and
SANCHEZ-VILLANUEVA
v.
UNITED STATES.
 No. 02-6460.
 Supreme Court of United States.
 October 21, 2002.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT.
 
 
 2
 C. A. 5th Cir. Certiorari denied. Reported below: 45 Fed. Appx. 321.